# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL BRUNELLE,<br><br>        Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>        Respondent. | NO. CV 11-9888 VAP (FMO)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation have been filed. The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.
2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: November 29, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE