# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL BRUNELLE, | NO. CV 11-9888 VAP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 29, 2012.

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE